### 18148.   CUTTS *v.* FORD.

BROYLES, C. J.   Under the facts of the case as disclosed by the record, the overruling of the certiorari was not error for any reason assigned.
*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JULY 14, 1927.   REHEARING DENIED JULY 26, 1927.

Certiorari; from Bibb superior court—Judge Malcolm D. Jones. April 18, 1927.

Application for certiorari was denied by the Supreme Court.

*R. D. Feagin,* for plaintiff in error.   *John J. McCreary,* contra.

---

Certiorari, 11 C. J. p. 199, n. 26.